UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

Ladislav Augustin,

             Plaintiff,

   v.

Forster & Garbus, L.L.P.; and DOES 1-10, inclusive,

             Defendant.
_____

Civil Action No.:  CV10-4865

## STIPULATION OF DISMISSAL

    WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

    WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

    WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Forster & Garbus, L.L.P. with prejudice and without costs to any party.

| Ladislav Augustin | Forster & Garbus, L.L.P. |
|---|---|
|    /s/ Sergei Lemberg |    /s/ Glenn Fjermedal |
| Sergei Lemberg, Esq. (SL 6331) | Glenn M. Fjermedal, Esq. |
| LEMBERG & ASSOCIATES | Davidson Fink LLP |
| 1100 Summer Street, 3rd Floor | 28 East Main Street, Suite 1700 |
| Stamford, CT 06905 | Rochester, NY 14614 |
| (203) 653-2250 | (585) 756-5950 |
| Attorney for Plaintiff | Attorney for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 5, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                         By /s/ Sergei Lemberg
                                                            Sergei Lemberg